ACCEPTED
05-15-00421-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/2/2015 3:54:00 PM
LISA MATZ
CLERK



**WILLI** LAW FIRM

www.willi.com

9600 Escarpment Blvd., Ste. 745, PMB 34
Austin, Texas 78749-1983
Telephone: (512) 288-3200
Facsimile: (512) 288-3202

**James N. Willi** † *
jwilli@willi.com

**Tracy J. Willi** † ‡
twilli@willi.com

† *Registered U.S. Patent Attorney*

‡ *Board Certified – Civil Appellate Law*
*Texas Board of Legal Specialization*

* *Licensed Professional Engineer*

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/2/2015 3:54:00 PM
LISA MATZ
Clerk

June 2, 2015

Felicia Pitre
Dallas County District Clerk
600 Commerce Street, Suite 103
Dallas, TX 75202

Re:     Case No. 10-04711, *In the Matter of the Marriage of K.F.V. and H.D.V. and in the Interest of H.D.V., JR., and B.V., Children; and Patricia Linehan Rochelle and Rochelle & Rankin, LLP, Pezzulli Barnes, LLP, and Nace & Motley, LLP, Plaintiff-Intervenors v. K.F.V. and H.D.V.*, filed in the 303rd District Court of Dallas County, Texas.

Dear Ms. Pitre:

Please find the enclosed check for $662.00 as final payment for the Clerk's Record in this case.  This is in addition to the $12,500.00 paid previously.

Please plan on filing the Clerk's Record in **Case No. 05-15-00421-CV** in the Fifth Court of Appeals.  This is a new case number assigned to this action because the trial court issued a new judgment while this case was originally pending on appeal.  I have filed a motion requesting that the prior appeal be consolidated with the current appeal.  If you have any questions or concerns, please contact me at **512-288-3200** or by email at **twilli@willi.com**.

This letter is filed by U.S. mail because the trial court does not allow e-filing for this particular case.  Thank you for your assistance.

Sincerely,

/s/ Tracy J. Willi
Tracy J. Willi

Encl.
cc:

Fifth Court of Appeals
*Via e-filing*

Michael J. Collins – Attorney for Petitioner
Robert M. Millimet
William A. Brewer III
Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, Texas 75201


Tel: 214-653-4000
Fax: 214-653-1014
Emails: wab@bickelbrewer.com; mjc@bickelbrewer.com; rrm@bickelbrewer.com

Attorney for Appellee, K.F.V.

Jim G. Cobb
Amicus Attorney
701 Commerce #200
Dallas, Texas 75202
Tel: 214-752-0229
Fax: 214-752-5217
Email: adijimboy@aol.com

Amicus Attorney for Children of the Marriage

Michael F. Pezzulli – Attorney for Intervenor
Christopher J. Barnes
Pezzulli Barnes, LLP
17300 Preston Road, Suite 220
Dallas, Texas 75252
Tel: 972-713-1300
Fax: 972-713-1333
Emails: michael@courtroom.com; chris@courtroom.com

Attorney for Appellee, Pezzulli Barnes, LLP

Kristi Motley – Attorney for Intervenor
Bradford Nace
Nace & Motley, LLP
The Crescent Court
100 Crescent Court, 7th Floor
Dallas, Texas 75201
Tel: 214-459-8289
Fax: 214-242-4333
Emails: kmotley@nacemotley.com

Attorney for Appellee, Nace & Motley, LLP

Patricia Linehan Rochelle – Attorney for Intervenor
Rochelle & Rankin LLP
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1800
Dallas, Texas 75219
Tel: 214-522-4488
Fax: 214-522-4480
Email: prochelle@rochellerankin.com

Attorney for Appellee, Rochelle & Rankin, LLP